■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER P., Appellant. [26 NYS3d 6]—

Judgment, Supreme Court, New York County (Eduardo Padro, J.), rendered September 5, 2014, as amended September 11, 2014, convicting defendant, upon his plea of guilty, of robbery in the first degree, adjudicating him a youthful offender, and sentencing to a term of 1⅓ to 4 years, to run consecutively

to a sentence imposed in Bronx County on May 5, 2014, unanimously modified, on the law, to the extent of directing that the sentence run concurrently with the Bronx sentence, and otherwise affirmed.

By adjudicating defendant a youthful offender and sentencing him to a term of $1^1/_3$ to 4 years, to run consecutively to a sentence of one to three years on another YO adjudication, the court effectively imposed an aggregate term in excess of four years for two YO adjudications. The imposition of consecutive terms with an aggregate term of more than the normal YO maximum of four years "is inconsistent with the underlying concept of youthful offender treatment and it is unrealistic to conclude that one eligible for such treatment requires prolonged confinement to achieve the objectives of the legislation" (*People v David H*, 70 AD2d 205, 207 [3d Dept 1979]; *accord People v Jorge N.T.*, 70 AD3d 1456, 1457-1458 [4th Dept 2010], *lv denied* 14 NY3d 889 [2010]; *People v Matthew John G.*, 60 AD2d 919 [2d Dept 1978]). Concur—Friedman, J.P., Acosta, Andrias, Saxe and Feinman, JJ.